IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

JOSE MANUEL ORTEGA-GUERRA, ET AL.,
Defendants.

CRIMINAL NO. 97-087(JAF)

**UNITED STATES OF AMERICA'S INFORMATIVE MOTION**

TO THE HONORABLE COURT:

COMES NOW the United States of America through the undersigned attorneys and before this Honorable Court very respectfully states and prays as follows:

1. That from October 5th through October 12th, 2006, the undersigned will be out of the jurisdiction.

WHEREFORE, it is respectfully requested that the Court take notice of the above and that no hearings be scheduled in the above-captioned case during this period of time.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 10th day of October, 2006.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

S/ *Lynn Doble-Salicrup*

Lynn Doble-Salicrup - USDC # 212905
Assistant U.S. Attorney
Chardón Tower, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787) 766-5398
Email: lynn.doble@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).


S/ *Lynn Doble-Salicrup*
Lynn Doble-Salicrup
Assistant U. S. Attorney